### *Luther Spencer* v. *William R. Hulbert.*

SIMONDS moved to change the *venue* to *Onon-daga,* on affidavit by the defendant, that the witnesses, which his counsel advised were material for him, re-sided there.

*Williams,* contra. The action is for goods sold and delivered in *Hudson,* where the plaintiff lives.

*Per Curiam.* Here is special matter in addition to the common affidavit, and in such a case, unless the plaintiff will, by affidavit, state that he has one or more witnesses residing elsewhere than in the county where the *venue* is moved for, the court will order it to be changed. It is just and reasonable, where the plaintiff has no witnesses out of the county where the *venue* is moved for, that we should grant the ap-plication, even though the action be for goods sold and delivered, or other transitory matter.